OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 4, 2019

Eric A. Biderman Esq.
John M. Bloor Esq.
Michael S. Cryan Esq.
Julius A. Rousseau III Esq.
Charles J. Vinicombe Esq.
Nicole C. Wixted Esq.

RE: Sun Life Assurance Co of Canad v. Wells Fargo Bank NA
 Case Numbers: 16-4387/16-4387
 District Court Case Number: 3-14-cv-05789

Dear Counsel:

The above-entitled case has been **Re-Calendared at the Convenience of the Court.**

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: Carmen M. Hernandez
Carmen Hernandez
Calendar Team Coordinator
267-299-4952