# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-4387

Sun Life Assurance Company of Canada   vs.   Wells Fargo Bank N.A.

Calendar Date _____    Location   Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by:   Charles J. Vinicombe

Designation of Arguing Counsel:   Charles J. Vinicombe

Member of the Bar:   [X] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [X] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Sun Life Assurance Company of Canada

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __16-4387__

Sun Life Assurance Company of Canada   vs.   Wells Fargo Bank, N.A.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Sun Life Assurance Company of Canada

Indicate the party's role IN THIS COURT (check **only** one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [X] Appellee(s)   [ ] Amicus Curiae

(Type or Print) Counsel's Name   Charles J. Vinicombe

[X] Mr.   [ ] Ms.   [ ] Mrs.   [ ] Miss   [ ] Mx.

Firm   Cozen O'Connor

Address   457 Haddonfield Road, Suite 300

City, State, Zip Code   Cherry Hill, NJ  08002

Phone   856-910-5003        Fax   856-910-5075

**Primary E-Mail Address (required)**   CVinicombe@Cozen.com
**Additional E-Mail Address (1)**
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019