TUESDAY, AUGUST 19, 2019

Coram: CHAGARES, RESTREPO and FISHER, Circuit Judges

S U B M I T T E D

Nos. 16-4337/16-4387
(Pursuant to 3rd Cir. LAR 34.1(a))

SUN LIFE ASSURANCE
COMPANY OF CANADA
v.
WELLS FARGO BANK NA,
AS SECURITIES INTERMEDIARY,